**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE UNITED STATES OF AMERICA**

**VS.** **Civil No. 07-106**

**KENNETH D. FARRELLY,**
**NOREEN FARRELLY,**
**EASTERN BANK,**
**WASHINGTON TRUST COMPANY,**
**and RHODE ISLAND DEPARTMENT**
**OF ADMINISTRATION OF TAXATION**

**ENTRY OF APPEARANCE**

I, Donald J. Lally, Jr., Enter my appearance as Attorney for the Defendant, Noreen Farrelly, in the above-entitled matter.

Dated: April 19, 2007

Donald J. Lally, Jr., Atty. Id No. 2542
VanCouyghen and Lally
19 Oak Street
Wakefield, RI 02879
(401) 792-9090

**CERTIFICATION**

I hereby certify that, on the 19th day of April, 2007, I mailed a true copy of the within entry of appearance to: Attorney **Gerald F. McAvoy** at the Department of Administration, One Capitol Hill, Providence, RI 02908; Attorney **Robert J Kovacev** at the US Department of Justice, Tax Division, PO Box 55, Ben Franklin Station, Washington, DC 20044 US; Attorney **Robert Clarke Corrente**, United States Attorney, at the Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 via regular mailing.