**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil No. 07-106 ML** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Kenneth D. Farrelly, Noreen Farrelly, EASTERN BANK, WASHINGTON TRUST COMPANY and RHODE ISLAND DEPARTMENT OF ADMINISTRATION DIVISION OF TAXATION,** | ) | |
| | ) | |
| **Defendants** | ) | |

**CERTIFICATE OF SERVICE RE: EASTERN BANK'S MOTION PRO HAC VICE**

**The undersigned certifies that on the date stated below, true and correct copies of the foregoing Motion were served via the United States District Court's CM/ECF system to the following parties:**

United States of America
Robert J. Kovacev
US Department of Justice, Tax Division
PO Box 55, Ben Franklin Station
Washington, DC 20044

Gerald F. McAvoy
Dept. of Administration
One Capitol Hill
Providence, RI 02908

**and by mailing, first class, postage prepaid, to any of the following parties not appearing on the Court's receipt of electronic filing.**

Kenneth D.Farrelly
24 Seaside Drive
Jamestown, RI 02835

**Donald J. Lally, Jr.**
Van Couyghen & Lally
19 Oak Street
Wakefield, RI 02879

Motion Transmitted and Mailed on ____4/26/2007___ .

/s/ Peter J. Brockmann, Esquire
Peter J. Brockmann, Esquire (admitted MA & RI)
RI Bar No. : 4355
Brockmann & Associates, Ltd.
77 Narragansett Avenue
Jamestown, Rhode Island 02835
(401) 423-1969 Fax: (401) 633-6143
pjb@brocklaw.net