UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITIED STATES OF AMERICA

VS. CA NO 07-106 ML

KENNETH D. FARRELLY, NOREEN FARRELLY, EASTERN BANK, WASHINGTON TRUST COMPANY and RHODE ISLAND DEPAREMENT OF ADMINISTRATION DIVISION OF TAXATION

CERTIFICATION OF SERVICE OF ANSWER BY REGULAR MAIL

I hereby certify that on the 15th day of May, 2007 I forward a copy of the Answer of The Washington Trust Company, dated May 3, 2007, by regular mail, postage prepaid to each of the following:

Jeffrey W. Shub, Esq.
Law Offices of Jeffrey W. Shub
27 Congress Street, Suite #405
Salem, MA 01970

Kenneth D. Farrelly
1059 East Shore Road
Jamestown, RI 02835

/s/ Americo M. Scungio, Esq.