**UNITED STATES DISTRICT COURT**
**JUDICIAL DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **C.A. No. 07-106** |
| | ) | |
| | ) | |
| **KENNETH D. FARRELLY, NOREEN FARRELLY, EASTERN BANK, WASHINGTON TRUST COMPANY, and RHODE ISLAND DEPARTMENT OF ADMINISTRATION DIVISION OF TAXATION,** | ) | |
| | ) | |
| **Defendants** | ) | |

**STATEMENT UNDER FEDERAL RULES OF CIVIL PROCECEDURE RULE 16**

**1. The Parties.**

| **Plaintiff** | **Defendants** |
|---|---|
| **The United States of America** | **Kenneth d. Farrelly**<br>**Eastern Bank**<br>**Noreen Farrelly**<br>**Washington Trust Company**<br>**Rhode Island Department of Administration, Division of Taxation** |

## 2. Attorneys for the Parties

**Plaintiff**

Robert Clark Corrente,
Robert J. Kovcev,
Trial Attorney, Tax Division,
U.S. Department of Justice

**Defendants**

Gerald F. McAvoy
Rhode Island Division of
Taxation;

## 3. Claim of the Division of Taxation

### A. Established Rhode Island Tax Liens.

The following liens for non-payment of payroll withholding taxes, Sales and Use taxes, corporate taxes, and personal income taxes, have been recorded by the State of Rhode Island, as against Defendant Kenneth D Farrelly d/b/a Infinity Construction Services, Inc.:

1. Real Estate Lien # 200200580 recorded against 24 Seaside Drive, Jamestown, Rhode Island, 02853, on 03/26/02;
2. Real Estate Lien # 200300807 recorded against 24 Seaside Drive, Jamestown, Rhode Island, 02853, on 02/18/03;
3. Real Estate Lien # 200400810 recorded against 1059 East Shore Road, Jamestown, Rhode Island, 02853, on 07/28/04.

A ten day demand for taxes due was file with Defendant, Kenneth D. Farrelly, on July 28, 2004, for delinquent Rhode Island Withholding Taxes for the periods of 2001 and 2003,

on behalf of Infinity Construction Services, Inc., and Seaside Leasing, LLC, in the following amounts:

| | |
|---|---|
| TAX; | $17,928.79, |
| INTEREST 1; | $ 6,738.01, |
| INTEREST 2; | $ 0.0 |
| PENALTY 1; | $ 4,567.30, |
| PENALTY 2; | $ 3,452.79, |
| TOTAL AMOUNT; | $32,686.89. |

**B. Jurisdiction over the Subject Matter.**

As this Honorable Court is aware, the United States District Court is without subject matter jurisdiction over state tax matters, and the exhausting of administrative remedies is an essential pre-requisite for judicial review of any state tax matter, which has been situated by statute, in the District Court of Rhode Island. R. I. Gen. Laws §§ 8-8-8 (6); 8-8-24. *Owner-Operators Independent Driver's Association v. State,* 541 A.2d. 69, (R. I. 1988); *International Packaging Corp. v. Mayer,* 715 A.2d. 636, (R. I. 1998). Insofar as the within action is limited to liens against the debtor's property, the Tax Administrator is without jurisdictional and procedural objection to the prosecution of the claims of the United States. However, in the event that any ancillary or consequent proceedings may entail a collateral attack upon the validity of a state tax liability or the propriety of the state tax lien arising there under, the gravamen of this action would become a state tax dispute, and determination of state lien. Accordingly, out of an abundance of caution, the Tax Administrator reserves his rights by reasserting the Affirmative Defenses and claims raised in his Answer.

Rhode Island Department of Administration
Division of Taxation,
By its Attorney,
Dated:_____06/13/07__________ /s/ Gerald F. McAvoy.
Gerald F. McAvoy, Esq. (#2639)
R.I. DIVISION OF TAXATION
One Capitol Hill-4th floor
Providence, R.I. 02908-5800
Telephone: (401)-222-6271
Telecopier: (401)-222-8244

**CERTIFICATION**

I hereby certify that I caused a true copy of the within Memorandum of Law to be mailed, first class, postage prepaid, to the following Counsel of Record: Robert Clarke Corrente, United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, and Robert J. Kovacev, Tax Division, Department of Justice, P.O. Box 55, Ben Franklin Station, Washington, D.C. 20044, on this 13th day of June, 2007.

_______________/s/ Gerald F. McAvoy.