**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH D. FARRELLY, NOREEN FARRELLY, EASTERN BANK, WASHINGTON TRUST COMPANY, and RHODE ISLAND DEPARTMENT OF ADMINISTRATION, DIVISION OF TAXATION,<br>Defendant | ) Civil Case No.: 07-106 ML<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STATEMENT UNDER FEDERAL RULES OF CIVIL PROCECEDURE RULE 16**

1. **The Parties.**

**Plaintiff**
**The United States of America**

**Defendants**
**Kenneth D. Farrelly, Eastern Bank, Noreen Farrelly**
**Washington Trust Company**
**RI Department of Administration,**
**Division of Taxation**

2. **Attorneys for the Parties**

**Plaintiff**
Robert Clark Corrente, Gerald F. McAvoy
Robert J. Kovcev, Rhode Island Division of
Trial Attorney, Tax Division, Taxation; U.S. Department of Justice

**Defendant**
Donald J. Lally, Jr., Attorney for Noreen Farrelly

3. Defense of Noreen Farrelly and offer of settlement.

a. Defendant Noreen Farrelly filed tax returns for the 2000 tax year, jointly, with Kenneth Farrelly. She had no knowledge of or control over the finances and business of Defendant Kenneth Farrelly, nor did she have knowledge of any of the plaintiff's attempts to collect on that debt owed by Infinity Construction Services, Inc.

b. Defendant Noreen Farrelly did not share in Defendant Kenneth Farrelly's revenue nor did she file taxes with Kenneth Farrelly in any year following 2000. Defendant Kenneth Farrelly abandoned the home and left the state in 2001.

c. Defendant Kenneth Farrelly quit-claimed his interest in the real property located at 24 Seaside Drive, Jamestown, Rhode Island to Defendant Noreen Farrelly on April 25, 2003. Said deed of transfer was recorded on May 8, 2003 in Book 474, Page 86.

d. Liens have been imposed against Defendant Kenneth Farrelly, individually, and against Infinity Construction Services, Inc. (of which Defendant Kenneth Farrelly is the listed responsible officer) and have been recorded against real property located at 24 Seaside Drive, Jamestown, Rhode Island.

**4.** IRS LIENS

a. To Kenneth Farrelly in the amount of $131,948.22, including interest and penalties, dated July 31, 2002, recorded in August 7, 2002 for the tax period ending September 30, 2000, recorded against real property located at 24 Seaside Drive, Jamestown, Rhode Island;

b. To Kenneth Farrelly in the amount of $58,076.16, dated July 29, 2004, recorded on August 5, 2004 for tax period ending March 31, 2002, recorded against real property located at 1059 East Shore Road, Jamestown, Rhode Island;

c. To Kenneth Farrelly in the amount of $10,286.43, dated July 14, 2004, recorded on July 19, 2004 for tax period ending December 31, 2003, recorded against real property located at 1059 East Shore Road, Jamestown, Rhode Island.

**5.** STATE OF RHODE ISLAND LIENS:

a. Real Estate Lien # 200200580 to Kenneth Farrelly, dated March 26, 2002, recorded against 24 Seaside Drive, Jamestown, Rhode Island on March 26, 2002;

b. Real Estate Lien # 200300807 to Infinity Construction Services, Inc. and Kenneth Farrelly as Responsible Officer, dated February 18, 2003, recorded against 1059 East Shore Road, Jamestown, Rhode Island on February 21, 2003;

c. Real Estate Lien # 200400810 to Kenneth Farrelly, dated August 3, 2004, recorded against 1059 East Shore Road, Jamestown, Rhode Island on August 12, 2004.

d. Real Estate Lien by State of Rhode Island, Division of Taxation, Employer Tax Section, to Kenneth Farrelly and Noreen Farrelly, dated May 22, 2002, recorded against 24 Seaside Drive, Jamestown, Rhode Island on May 24, 2002.

**6.** The within action is limited to liens against Debtor's property. During the tax period of the year 2000, Defendants Kenneth Farrelly and Noreen Farrelly filed taxes jointly and owned the real property located at 24 Seaside Drive, Jamestown, Rhode Island. During the tax period of the year 2001, Defendant Kenneth Farrelly had abandoned said real property, Defendants were separated, and divorce action was filed in 2002.

**7.** As of April 25, 2003, Defendant Kenneth Farrelly had no legal interest in the real property located at 24 Seaside Drive, Jamestown, Rhode Island. Therefore, Federal and State tax liens levied and recorded against said real property constitute invalid liens and should be discharged from Land Evidence Records with respect to said real property, resulting in those liens filed by the IRS and the State of Rhode Island listed below to which Defendant Noreen Farrelly restates, maintains, and re-avers her position as an innocent spouse:

a. From the IRS to Kenneth Farrelly in the amount of $131,948.22, dated July 31, 2002, recorded in August 7, 2002 for the tax period ending September 30, 2000;

b. From the State of Rhode Island (Real Estate Lien # 200200580) to Kenneth Farrelly, dated March 26, 2002, recorded on March 26, 2002.

c. From the State of Rhode Island, Division of Taxation, Employer Tax Section, to Kenneth Farrelly and Noreen Farrelly, dated May 22, 2002, recorded against 24 Seaside Drive, Jamestown, Rhode Island on May 24, 2002.

**8.** Without waiving her rights or diluting her averment, in an effort to resolve any debt, loss, lien, or other interest she may have, Defendant Noreen Farrelly makes an offer of compromise as follows:

a. Payment to the IRS in a sum not greater than $124,000.00 which sum represents the full principal amount owed for the tax year 2000 in consideration of discharge of all Federal tax liens recorded against the home located at 24 Seaside Drive, Jamestown, Rhode Island within 120 days of acceptance of this settlement.

b. Payment to the State of Rhode Island, Division of Taxation in a sum not greater than $17,928.79, which sum represents the full principal amount owed in

consideration of discharge of all RI State tax liens recorded against the home located at 24 Seaside Drive, Jamestown, Rhode Island.

Division of Taxation,
By its Attorney,

Dated:_____07/10/07__________ /s/ Gerald F. McAvoy.
Gerald F. McAvoy, Esq. (#2639)
R.I. DIVISION OF TAXATION
One Capitol Hill-4th floor
Providence, R.I. 02908-5800
Telephone: (401)-222-6271
Telecopier: (401)-222-8244

**CERTIFICATION**

I hereby certify that the within pleading was served electronically upon the following:

Eastern Bank,
Attorney Jeffrey W. Shub, Esq._(pro hac vice)
Jeffrey W. Shub BBO # 460100
Law Offices of Jeffrey W. Shub
27 Congress Street, Suite # 405
Salem, Massachusetts 01970
jwshub@jwshub.com
Local Counsel: Peter J. Brockmann, Esq.
Peter J. Brockmann, Esq. #4355
Brockmann & Associates, Ltd.
77 Narragansett Avenue
Jamestown, Rhode Island 02835
pjb@brocklaw.net

Americo M. Scungio
Scungio & Priolo
167 Main St.
Westerly, RI 02891
596-0151
amscungioesq@verizon.net

United States of America
Robert J. Kovacev

US Department of Justice, Tax Division
PO Box 55, Ben Franklin Station
Washington, DC 20044
robert.j.kovacev@usdoj.gov

Gerald F. McAvoy
Dept. of Administration
One Capitol Hill
Providence, RI 02908
gmcavoy.powers.doa@admin.ri.gov
Counsel to RI Div. of Taxation
Counsel to USA (Plaintiff)

and by mailing, first class, postage prepaid, to any of the following parties not appearing on the Court's receipt of electronic filing:

Kenneth D.Farrelly
1059 East Shore Road
Jamestown, RI 02835