**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil No. 07-106 ML** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Kenneth D. Farrelly, Noreen Farrelly, EASTERN BANK, WASHINGTON TRUST COMPANY and RHODE ISLAND DEPARTMENT OF ADMINISTRATION DIVISION OF TAXATION,** | ) | |
| | ) | |
| **Defendants** | ) | |

**STATEMENT FOR F.R.C.P. RULE 16 PRE-TRIAL CONFERENCE BY EASTERN BANK, DEFENDANT**

***SUMMARY OF FACTS***

1. Eastern Bank (hereinafter “Eastern”), successor by merger with Plymouth Savings Bank, is a secured lien holder in first position with respect to the Real Property known as 24 Seaside Drive, Jamestown, Rhode Island, as it is holder of a certain Promissory Note dated December 29, 1997, executed by the Defendants, Kenneth Farrelly and Noreen Farrelly, to Plymouth Mortgage Company, Inc. in the principal amount of $264,100.00 (the 'Note'). Said Note was assigned to Plymouth Savings Bank. A copy of the Note is attached as Exhibit 'A' to the Answer and Counterclaim previously filed by Eastern Bank and noted as # 4 on the Docket of this matter.

2. As security for the repayment of funds due pursuant to the above described Note, the Defendants, Kenneth Farrelly and Noreen Farrelly granted to Plymouth Mortgage Company, Inc. a first mortgage dated December 29, 1997 (the "Mortgage") covering the premises known and numbered as 24 Seaside Drive, Jamestown, RI 02835 (the "Premises"). The Mortgage was duly perfected by its recording at the Town of Jamestown in Book 299, Page 299. Said Mortgage was

assigned to Plymouth Savings Bank. True copies of the Mortgage and Assignment are attached as Exhibits 'B' and ‘C’, respectively, to the Answer and Counterclaim previously filed by Eastern Bank and noted as # 4 on the Docket of this matter. No other Collateral secures Borrowers' obligations under the Note.

3. As of the date hereof, the Note and Mortgage remain unsatisfied and principal sums as well as interest, legal fees and other costs remain outstanding according to the terms and provisions of the said Note and Mortgage.

4. The Note and Mortgage are currently in default.

5. The Mortgage was recorded prior in time to any and all other liens and encumbrances including, but not limited to, the liens of the IRS and State of Rhode Island Division of Taxation.

***FACTS IN DISPUTE***

As far as Eastern is involved and concerned, there are no material facts in dispute.

***LEGAL ISSUES***

Again, as far as Eastern is involved and concerned, there are no legal issues. Eastern is the holder of a valid, undisputed note and mortgage, which mortgage is validly and duly recorded in first position against the subject property.

Eastern Bank,
By its Attorney

/s/ Jeffrey W. Shub, Esq._
Jeffrey W. Shub BBO # 460100
Law Offices of Jeffrey W. Shub
27 Congress Street, Suite # 405
Salem, Massachusetts 01970
Telephone: (978) 740 9200
Facsimile: (978) 740-0300
jwshub@jwshub.com

Local Counsel:

/s/ Peter J. Brockmann, Esquire
Peter J. Brockmann, Esquire (admitted MA & RI)
RI Bar No. : 4355
Brockmann & Associates, Ltd.
77 Narragansett Avenue
Jamestown, Rhode Island 02835
(401) 423-1969 Fax: (401) 633-6143
pjb@brocklaw.net

# CERTIFICATE OF SERVICE

**The undersigned certifies that on the date stated below, true and correct copies of the foregoing Statement were served via the United States District Court's CM/ECF system to the following parties:**

Robert J. Kovacev
US DOJ, Tax Division
PO Box 55,
Ben Franklin Station
Washington, DC 20044

Gerald F. McAvoy
Dept. of Administration
One Capitol Hill
Providence, RI 02908

Donald J. Lally, Jr.
Van Couyghen & Lally
19 Oak Street
Wakefield, RI 02879

Americo M. Scungio, Esq.
Scungio & Priolo
167 Main Street
Westerly, Rhode Island 02891

**and by mailing, first class, postage prepaid, to any of the following parties not appearing on the Court's receipt of electronic filing.**

Kenneth D. Farrelly
24 Seaside Drive
Jamestown, RI 02835

Statement Transmitted and Mailed on July 13, 2007.

/s/ Peter J. Brockmann, Esquire
Peter J. Brockmann, Esquire (admitted MA & RI)
RI Bar No. : 4355
Brockmann & Associates, Ltd.
77 Narragansett Avenue
Jamestown, Rhode Island 02835
(401) 423-1969 Fax: (401) 633-6143
pjb@brocklaw.net