UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH D. FARRELLY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:07cv106-ML-LDA |

**UNITED STATES' ASSENTED TO MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

The United States respectfully moves, pursuant to Fed. R. Civ. P. 15(a), for leave to file an amended complaint in this action, and for an order directing the Clerk to issue summonses as to two additional defendants named in the proposed amended complaint.

1. On March 22, 2007, the United States filed a Complaint seeking a money judgment against Defendant Kenneth Farrelly for unpaid federal income taxes and trust fund recovery penalties, as well as foreclosure of the federal tax liens against property at 24 Seaside Drive, Jamestown, Rhode Island (the "Property") in order to satisfy that unpaid tax liability.

2. Under Section 7403(b) of the Internal Revenue Code (26 U.S.C. §7403(b)), the United States must name as defendants all persons who may claim an interest in property as to which the United States seeks foreclosure of its tax liens. Accordingly, the United States named as defendants all parties then known to it as persons who may claim an interest in the Property to be foreclosed.

3. Subsequent to filing the Complaint, the United States learned that there are two additional persons, not named in the Complaint, who may claim an interest in the Property. Specifically, Wells Fargo Financial may claim an interest by virtue of an execution of judgment against Noreen Farrelly recorded with the Jamestown Town Clerk at Book 554, Page 117. Hartford Fire Insurance Company may claim an interest in the property on which the United States seeks to foreclose its federal tax liens by virtue of an execution of judgment against Noreen Farrelly recorded with the Jamestown Town Clerk at Book 581, Page 147.

4. The United States accordingly has prepared an amended complaint to add Wells Fargo Financial and Hartford Fire Insurance Company as Defendants as to Count III of the Complaint.

5. The other parties that have so far appeared in this action have indicated their assent to this motion. Because of the nature of this motion, the United States respectfully suggests that a separate supporting memorandum of law is unnecessary.

Wherefore, the United States prays that this Court allow it to file the attached Amended Complaint and direct the Clerk to issue the attached summonses to Wells Fargo Financial and Hartford Fire Insurance Company.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Robert J. Kovacev

ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Robert.J.Kovacev@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing has this 3rd day of October, 2007, been made upon the following electronically via ECF or by depositing a copy in the United States mail, postage prepaid, addressed to:

Americo M. Spungio, Esq.
Scungio & Priolo
167 Main Street
Westerly, RI 02891

Gerald F. McAvoy, Esq.
Dept. of Administration
One Capital Hill
Providence, RI 02908

Jeffrey W. Shub, Esq.
Law Offices of Jeffrey W. Shub
27 Congress Street, Suite #405
Salem, MA 01970

Peter J. Brockmann, Esq.
Brockman & Associates, Ltd.
77 Narragansett Avenue
Jamestown, RI 02835

Kenneth D. Farrelly
1059 East Shore Road
Jamestown, RI 02835
(via certified mail)

Donald J. Lally, Jr., Esq.
Van Couyghen & Lally
19 Oak Street
Wakefield, RI 02879

/s/ Robert J. Kovacev
ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Robert.J.Kovacev@usdoj.gov