UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH D. FARRELLY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:07cv106-ML-LDA |

**UNITED STATES' ASSENTED TO MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

The United States respectfully moves that the Court reschedule the settlement conference currently scheduled for October 12, 2007, until such time as the United has served the amended complaint filed in this action [Dkt. #21] upon the new defendants added therein, and until those defendants appear in this action.

1. In this action, the United States seeks (among other things) foreclosure of federal tax liens against property at 24 Seaside Drive, Jamestown, Rhode Island (the "Property") in order to satisfy Defendant Kenneth Farrelly's unpaid tax liability. To that end, the United States named as defendants all parties then known to it as persons who may claim an interest in the Property to be foreclosed.

2. Subsequent to filing the Complaint, the United States learned that there are two additional persons, not named in the Complaint, who may claim an interest in the Property.

3. The United States accordingly has filed a motion for leave to amend its Complaint in order to add Wells Fargo Financial and Hartford Fire Insurance Company as Defendants

as to Count III of the Complaint, which motion was granted on even date. [Dkt. #20]

4. The United States believes that the presence of all affected parties, including the new defendants, is necessary for a productive attempt at resolving this dispute in a settlement conference. Accordingly, the United States respectfully requests that the settlement conference be rescheduled in order to permit those new defendants to be served and to appear in this action. Allowing for time to effect service and for the new parties to appear and adequately prepare, the United States estimates that the settlement conference should be postponed at least 60 days.

5. The other parties that have so far appeared in this action have indicated their assent to this motion. Because of the nature of this motion, the United States respectfully suggests that a separate supporting memorandum of law is unnecessary.

Wherefore, the United States prays that this Court postpone the settlement conference currently scheduled for October 12, 2007, until the new defendants to be added to this action are served and appear in this action.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Robert J. Kovacev
ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Robert.J.Kovacev@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing has this 4th day of October, 2007, been made upon the following electronically via ECF or by depositing a copy in the United States mail, postage prepaid, addressed to:

Americo M. Spungio, Esq.
Scungio & Priolo
167 Main Street
Westerly, RI 02891

Gerald F. McAvoy, Esq.
Dept. of Administration
One Capital Hill
Providence, RI 02908

Jeffrey W. Shub, Esq.
Law Offices of Jeffrey W. Shub
27 Congress Street, Suite #405
Salem, MA 01970

Peter J. Brockmann, Esq.
Brockman & Associates, Ltd.
77 Narragansett Avenue
Jamestown, RI 02835

Kenneth D. Farrelly
1059 East Shore Road
Jamestown, RI 02835

Donald J. Lally, Jr., Esq.
Van Couyghen & Lally
19 Oak Street
Wakefield, RI 02879

/s/ Robert J. Kovacev
ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Robert.J.Kovacev@usdoj.gov