UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 1:07cv106-ML-LDA
)
KENNETH D. FARRELLY, et al., )
)
Defendants. )

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the Amended Complaint has this 4th day of October, 2007, been made upon the following electronically via ECF or by depositing a copy in the United States mail, postage prepaid, addressed to:

Americo M. Spungio, Esq.
Scungio & Priolo
167 Main Street
Westerly, RI 02891

Gerald F. McAvoy, Esq.
Dept. of Administration
One Capital Hill
Providence, RI 02908

Jeffrey W. Shub, Esq.
Law Offices of Jeffrey W. Shub
27 Congress Street, Suite #405
Salem, MA 01970

Peter J. Brockmann, Esq.
Brockman & Associates, Ltd.
77 Narragansett Avenue
Jamestown, RI 02835

Kenneth D. Farrelly
1059 East Shore Road
Jamestown, RI 02835
(via certified mail)

Donald J. Lally, Jr., Esq.
Van Couyghen & Lally
19 Oak Street
Wakefield, RI 02879

/s/ Robert J. Kovacev
ROBERT J. KOVACEV
Trial Attorney, Tax Division