IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-106-ML-LDA |
| | ) | |
| KENNETH D. FARRELLY, NOREEN | ) | Honorable Judge Mary M. Lisi |
| FARRELLY, EASTERN BANK, | ) | |
| WASHINGTON TRUST COMPANY, | ) | Mag. Judge Almond |
| RHODE ISLAND DEPARTMENT OF | ) | |
| ADMINISTRATION DIVISION OF | ) | |
| TAXATION, WELLS FARGO FINANCIAL, | ) | |
| and HARTFORD FIRE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF APPEARANCE FOR PLAINTIFF UNITED STATES OF AMERICA

TO: DAVID A. DIMARZIO
Clerk of the United States District Court
for the District of Rhode Island

PLEASE enter the appearance of Andrea A. Kafka as lead counsel for the plaintiff, United States of America, in the above-titled action, replacing Robert J. Kovacev.

All future pleadings and correspondence should be directed to Ms. Kafka at the address set forth below.

ROBERT CLARK CORRENTE
United States Attorney

*/s/ Andrea A. Kafka*

ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 55
Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 305-7932
Facsimile: (202) 514-5238
Andrea.Kafka@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing NOTICE OF APPEARANCE FOR PLAINTIFF UNITED STATES OF AMERICA has been made upon the following by ECF/Electronic Case Filing this 21 day of November, 2007:

Americo M. Spungio, Esq.
Scungio & Priolo
167 Main Street
Westerly, RI 02891

Gerald F. McAvoy, Esq.
Dept. of Administration
One Capital Hill
Providence, RI 02908

Jeffrey W. Shub, Esq.
Law Offices of Jeffrey W. Shub
27 Congress Street, Suite #405
Salem, MA 01970

Peter J. Brockmann, Esq.
Brockman & Associates, Ltd.
77 Narragansett Avenue
Jamestown, RI 02835

Donald J. Lally, Jr., Esq.
Van Couyghen & Lally
19 Oak Street
Wakefield, RI 02879

Service has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 21 day of November, 2007:

Kenneth D. Farrelly
1059 East Shore Road
Jamestown, RI 02835

Wells Fargo Financial
300 Quaker Lane
Warwick, RI 02886

Hartford Fire Insurance Company
Hartford Plaza
690 Asylum Avenue
Hartford, CT 06115

/s/ Andrea A. Kafka
Andrea A. Kafka
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: (202) 305-7932
Facsimile: (202) 514-5238
Andrea.Kafka@usdoj.gov