IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-106-ML-LDA |
| | ) | |
| KENNETH D. FARRELLY, NOREEN FARRELLY, EASTERN BANK, WASHINGTON TRUST COMPANY, RHODE ISLAND DEPARTMENT OF ADMINISTRATION DIVISION OF TAXATION, WELLS FARGO FINANCIAL, and HARTFORD FIRE INSURANCE COMPANY, | ) | Honorable Judge Mary M. Lisi<br>Mag. Judge Almond |
| | ) | |
| Defendants. | ) | |

UNITED STATES' REQUEST FOR THE ENTRY OF
DEFAULT AGAINST DEFENDANT KENNETH D. FARRELLY

To: David A. Dimarzio
Clerk of the United States District Court
District of Rhode Island

The plaintiff United States requests, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, that the Clerk of the Court enter default against the defendant Kenneth D. Farrelly. The basis for this request is set forth in the attached "Declaration Of Andrea Kafka". A proposed order is also attached.

WHEREFORE, the United States requests that the Clerk enter a default against defendant Kenneth Farrelly.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrea A. Kafka
ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7932
Facsimile: (202) 514-5238
Andrea.Kafka@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing UNITED STATES' REQUEST FOR THE ENTRY OF DEFAULT AGAINST DEFENDANT KENNETH D. FARRELLY has been made upon the following by ECF/Electronic Case Filing this 29th day of November, 2007:

Americo M. Spungio, Esq.
Scungio & Priolo
167 Main Street
Westerly, RI 02891

Gerald F. McAvoy, Esq.
Dept. of Administration
One Capital Hill
Providence, RI 02908

Jeffrey W. Shub, Esq.
Law Offices of Jeffrey W. Shub
27 Congress Street, Suite #405
Salem, MA 01970

Peter J. Brockmann, Esq.
Brockman & Associates, Ltd.
77 Narragansett Avenue
Jamestown, RI 02835

Donald J. Lally, Jr., Esq.
Van Couyghen & Lally
19 Oak Street
Wakefield, RI 02879

Service has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 29th day of November, 2007:

Wells Fargo Financial
300 Quaker Lane
Warwick, RI 02886

Hartford Fire Insurance Company
Hartford Plaza
690 Asylum Avenue
Hartford, CT 06115

Service has been made upon the following by depositing a copy in the United States mail, postage prepaid, and by certified or registered mail in accordance with Local Rule 55, on this 29th day of November, 2007:

Kenneth D. Farrelly
1059 East Shore Road
Jamestown, RI 02835

/s/ Andrea A. Kafka
Andrea A. Kafka
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: (202) 305-7932
Facsimile: (202) 514-5238
Andrea.Kafka@usdoj.gov