IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH D. FARRELLY, NOREEN FARRELLY, EASTERN BANK, WASHINGTON TRUST COMPANY, RHODE ISLAND DEPARTMENT OF ADMINISTRATION DIVISION OF TAXATION, WELLS FARGO FINANCIAL, and HARTFORD FIRE INSURANCE COMPANY,<br><br>Defendants. | ) | Civil No. 1:07-106-ML-LDA<br><br>Honorable Judge Mary M. Lisi<br><br>Mag. Judge Almond |

DECLARATION OF ANDREA KAFKA

I, Andrea A. Kafka, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am the trial attorney with the United States Department of Justice, Tax Division, Washington, D.C., to whom primary responsibility for this case has been assigned.

2. The United States filed this action on March 22, 2007. (*See* Docket Entry No. 1).

3. Also on March 22, 2007, a summons and complaint was issued to defendant Kenneth D. Farrelly at 1059 East Shore Road, Jamestown, RI, 02835. (*See* Docket entry No. 2).

4. On March 27, 2007, Kenneth D. Farrelly was served with a waiver of service. (*See* Docket entry No. 6).

5. On April 27, 2007, the waiver of service on Kenneth D. Farrelly was returned executed, requiring his answer by May 29, 2007. (*See* Docket entry No. 6).

6. The defendant Kenneth D. Farrelly has not answered the complaint or otherwise

filed a responsive pleading, and the time allowed under the Federal Rules of Civil Procedure to do so has expired. In addition, defendant has not otherwise defended himself as provided by the Federal Rules of Civil Procedure.

7. To the best of the United States' knowledge, the address listed in ¶ 3 is the last known address of Kenneth D. Farrelly.

8. The defendant Kenneth D. Farrelly is not in the military service of the United States of America.

I declare under penalty of perjury, that the foregoing is true and accurate. Executed on this 29th day of November, 2007, at Washington, D.C.

/s/ Andrea A. Kafka
ANDREA A. KAFKA
Trial Attorney, Tax Division