IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-106-ML-LDA |
| | ) | |
| KENNETH D. FARRELLY, NOREEN | ) | Honorable Judge Mary M. Lisi |
| FARRELLY, EASTERN BANK, | ) | |
| WASHINGTON TRUST COMPANY, | ) | Mag. Judge Almond |
| RHODE ISLAND DEPARTMENT OF | ) | |
| ADMINISTRATION DIVISION OF | ) | |
| TAXATION, WELLS FARGO FINANCIAL, | ) | |
| and HARTFORD FIRE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

DEFAULT ENTRY

The defendant Kenneth D. Farrelly having failed to plead or otherwise defend in this action and, upon the application of the plaintiff United States of America for failure of defendant to plead or otherwise defend, it is hereby--

ORDERED, ADJUDGED, AND DECREED that the defendant Kenneth D. Farrelly be defaulted in this action

Dated: _________________ DAVID A. DIMARZIO

By: _________________________

Deputy Clerk