IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH D. FARRELLY, NOREEN FARRELLY, EASTERN BANK, WASHINGTON TRUST COMPANY, RHODE ISLAND DEPARTMENT OF ADMINISTRATION DIVISION OF TAXATION, WELLS FARGO FINANCIAL, and HARTFORD FIRE INSURANCE COMPANY,<br><br>Defendants. | ) | Civil No. 1:07-106-ML-LDA<br><br>Honorable Judge Mary M. Lisi<br><br>Mag. Judge Almond |

DEFAULT ENTRY

The defendant Kenneth D. Farrelly having failed to plead or otherwise defend in this action and, upon the application of the plaintiff United States of America for failure of defendant to plead or otherwise defend, it is hereby--

ORDERED, ADJUDGED, AND DECREED that the defendant Kenneth D. Farrelly be defaulted in this action

Dated: 12·4·2007

DAVID A. DIMARZIO

By: [signature]

Deputy Clerk