IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH D. FARRELLY, NOREEN FARRELLY, EASTERN BANK, WASHINGTON TRUST COMPANY, RHODE ISLAND DEPARTMENT OF ADMINISTRATION DIVISION OF TAXATION, WELLS FARGO FINANCIAL, and HARTFORD FIRE INSURANCE COMPANY,<br><br>Defendants. | ) | Civil No. 1:07-106-ML-LDA<br><br>Honorable Judge Mary M. Lisi<br><br>Mag. Judge Almond |

UNITED STATES' UNOPPOSED MOTION AND SUPPORTING MEMORANDUM FOR LEAVE TO HAVE REPRESENTATIVE WITH FULL SETTLEMENT AUTHORITY BE AVAILABLE TO ATTEND THE SETTLEMENT CONFERENCE BY TELEPHONE

The plaintiff, United States of America, by its undersigned counsel, respectfully requests that the Court allow the government official who has authority to accept a settlement offer in this case – D. Patrick Mullarkey, the Chief of the Northern Civil Trial Section of the Tax Division – to be available by telephone to act on any settlement proposed at the settlement conference scheduled for December 28, 2007, at 2:00 p.m. The undersigned trial attorney, Andrea Kafka, currently has responsibility for this litigation on behalf of the government and will be present at the conference. Prior to the conference, Ms. Kafka will brief Mr. Mullarkey on this case, and Mr. Mullarkey will remain available to discuss settlement with the undersigned or together with the Court and the defendants, as the Court prefers, during the conference. Opposing counsel have indicated that they do not oppose the relief sought in this motion.

The Department of Justice is committed to the just and efficient resolution of all cases involving the United States. The Department regulations delegate settlement authority for cases arising under the internal revenue law to a limited number of senior officials located in Washington, D.C. See generally Tax Division Directive No. 105, 72 Fed. Reg. No. 65457 (November 21, 2007), reproduced at 28 C.F.R. Pt. O, Subpt. Y, App. The regulations are designed to promote uniformity in settlements across the country, consistent and immediate application of policy, and accountability of the officials acting upon settlements. Each senior official delegated settlement authority is, out of necessity, assigned other substantial legal and administrative duties by the Attorney General. As a practical matter, therefore, the Chief (Mr. Mullarkey) cannot appear at every settlement conference, particularly when considering that the cases over which he has responsibility are spread across eleven states.

In accordance with the regulations promulgated by the Attorney General, the Tax Division has adopted procedures to make settlement conferences as productive as possible. The United States is usually represented by the trial attorney with primary responsibility for handling the case. This is consistent with the Advisory Committee Notes relating to the 1993 Amendments to the Federal Rules of Civil Procedure, which recognize that when the United States is involved in litigation, “there may be no one with on-the-spot settlement authority, and the most that should be expected is access to a person who would have a major role in submitting a recommendation to the body or board with ultimate decision-making responsibility.” Fed. R. Civ. P. 16, Notes of Advisory Committee to 1993 Amendments. Although Ms. Kafka does not have settlement authority, she is the one who will make the settlement recommendation to the Chief in this case.

WHEREFORE, the plaintiff United States respectfully requests the entry of an order allowing the Chief of the Northern Civil Trial Section of the Tax Division to be available telephonically at the settlement conference scheduled for December 28, 2007.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrea A. Kafka
ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: (202) 305-7932
Facsimile: (202) 514-5238
Andrea.Kafka@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing UNITED STATES' UNOPPOSED MOTION AND SUPPORTING MEMORANDUM FOR LEAVE TO HAVE A REPRESENTATIVE WITH FULL SETTLEMENT AUTHORITY BE AVAILABLE TO ATTEND THE SETTLEMENT CONFERENCE BY TELEPHONE has been made upon the following by ECF/Electronic Case Filing this 6th day of December, 2007:

Americo M. Spungio, Esq.
Scungio & Priolo
167 Main Street
Westerly, RI 02891

Gerald F. McAvoy, Esq.
Dept. of Administration
One Capital Hill
Providence, RI 02908

Jeffrey W. Shub, Esq.
Law Offices of Jeffrey W. Shub
27 Congress Street, Suite #405
Salem, MA 01970

Peter J. Brockmann, Esq.
Brockman & Associates, Ltd.
77 Narragansett Avenue
Jamestown, RI 02835

Donald J. Lally, Jr., Esq.
Van Couyghen & Lally
19 Oak Street
Wakefield, RI 02879

Service has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 6th day of December, 2007:

Kenneth D. Farrelly
1059 East Shore Road
Jamestown, RI 02835

Wells Fargo Financial
300 Quaker Lane
Warwick, RI 02886

Hartford Fire Insurance Company
Hartford Plaza
690 Asylum Avenue
Hartford, CT 06115

/s/ Andrea A. Kafka
Andrea A. Kafka
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: (202) 305-7932
Facsimile: (202) 514-5238
Andrea.Kafka@usdoj.gov