**UNITED STATES DISTRICT COURT**
**JUDICIAL DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-106** |
| | : | |
| **KENNETH D. FARRELLY, NOREEN FARRELLY, EASTERN BANK, WASHINGTON TRUST COMPANY, and RHODE ISLAND DEPARTMENT OF ADMINISTRATION DIVISION OF TAXATION,** | : | |
| **Defendants** | : | |

**ENTRY OF APPEARANCE AS CO-COUNSEL**

Now comes the undersigned Attorney, and enters his appearance as Co-Counsel for the Rhode Island Department of Administration, Division of Taxation, for the purposes of Assisting Gerald F. McAvoy, Counsel of Record, in the above captioned matter.

_________/s/______________
Bernard J. Lemos, # 2837
Department of Administration,
Division of Taxation, 1st Floor
One Capitol Hill, Providence, 02908-5800
Telephone: (401)-222-6271
Telecopier: (401)-222-8244

**CERTIFICATION**

I hereby certify that I caused a true copy of the within Entry of Appearance to be electronically forwarded to the Counsel of Record: through Notice of Electronic Filing on this 14th day of December, 2007.

___________/s/ Gerald F. McAvoy.