IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-106-ML-LDA |
| | ) | |
| KENNETH D. FARRELLY, NOREEN FARRELLY, EASTERN BANK, WASHINGTON TRUST COMPANY, RHODE ISLAND DEPARTMENT OF ADMINISTRATION DIVISION OF TAXATION, WELLS FARGO FINANCIAL, and HARTFORD FIRE INSURANCE COMPANY, | ) | Honorable Judge Mary M. Lisi<br>Mag. Judge Almond |
| | ) | |
| Defendants. | ) | |

DECLARATION OF RAI SHEPARDSON

I, Rai Shepardson, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am employed by the Internal Revenue Service as an Advisor with the Technical Services Group. One of my responsibilities is to provide support and information to the Department of Justice with respect to the instant lawsuit. I have reviewed the IRS's computer accounts for the defendant for the years and type of tax involved in this law suit.

2. The defendant, Kenneth D. Farrelly, is indebted to the United States of America, for unpaid trust fund recovery penalties, unpaid income taxes, interest, and other statutory accruals for the tax periods and amounts identified below, as of December 5, 2007:

| Tax Period Ending | Type of Tax Owed | Amount Due as of December 5, 2007 |
|---|---|---|
| September 30, 2000 | Trust Fund Recovery Penalty | $ 177,116.36 |
| March 31, 2002 | Trust Fund Recovery Penalty | $ 77,973.44 |
| December 31, 2003 | Income Tax | $ 15,885.18 |

The total of all these periods, as of December 5, 2007, is $270,974.98.

3. Interest and other statutory accruals continue to accrue on the amounts described in paragraph two, above.

I declare under penalty of perjury, that the foregoing is true and accurate. Executed on this 13th day of December, 2007 at Burlington, Vermont.

Rai Shepardson

Rai Shepardson