IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:07-106-ML-LDA |
| KENNETH D. FARRELLY, NOREEN FARRELLY, EASTERN BANK, WASHINGTON TRUST COMPANY, RHODE ISLAND DEPARTMENT OF ADMINISTRATION DIVISION OF TAXATION, WELLS FARGO FINANCIAL, and HARTFORD FIRE INSURANCE COMPANY, | ) | Honorable Judge Mary M. Lisi<br>Mag. Judge Almond |
| Defendants. | ) | |

STIPULATION

The plaintiff United States of America, defendant Rhode Island Department of Administration - Division of Taxation and defendant Noreen Farrelly stipulate to the following:

WHEREAS, the Internal Revenue Service assessed Kenneth D. Farrelly with a trust fund liability in the amount of $182,621.38 (plus statutory interest), for his alleged failure to collect, truthfully account for, and pay over to the Internal Revenue Service, the withheld income taxes and F.I.C.A. contributions due from employees of Infinity Construction for the periods ending September 30, 2000 and March 31, 2002. The State of Rhode Island assessed Kenneth D. Farrelly with a trust fund liability in the amount of $17,928.79 (plus statutory interest), for his alleged failure to collect, truthfully account for, and pay over to the State of Rhode Island, the withheld income taxes due from employees of Infinity Construction for the period(s) ending January 2002.

The federal tax liens securing that liability attached to property at 24 Seaside Drive, Jamestown, RI 02835 (the "Property"), on March 4, 2002 and February 24, 2003, respectively, during the time Kenneth D. Farrelly co-owned the Property with Noreen Farrelly. The state tax liens securing that liability attached to the Property on or about February 14, 2002, also during the time Kenneth D. Farrelly co-owned the Property with Noreen Farrelly. The Property was subsequently transferred to the complete control of Noreen Farrelly.

The parties stipulate and agree to the following settlement:

1. Noreen Farrelly shall pay the United States of America $167,500.00 and the State of Rhode Island $21,500.00, within 60 days of the date this stipulation is approved by the district court. During this 60-day period, the accrual of any federal and state interest under 26 U.S.C. § 6601, et seq., and R.I.G.L. 44-30-84, respectively, will be suspended.

2. The 60-day period serves to allow Noreen Farrelly the option of either refinancing her home, or selling her home in order to fulfill the terms of the settlement.

3. Should Noreen Farrelly be unable to refinance her home in the 60-day period, she will then immediately place her home on the market (if she has not already done so).

4. Once Noreen Farrelly has made the required payment to the United States of $167,500.00, plus any applicable interest, and the required payment to the State of Rhode Island of $21,500.00, plus any applicable interest, the United States and the State of Rhode Island will discharge the liens as to 24 Seaside Drive, Jamestown, RI 02835.

5. Should Noreen Farrelly fail to comply with the terms of the settlement agreement, by making the required payment to the United States by July 31, 2008, the agreement will be in default and the United States shall be permitted to file a motion for summary judgment and

resume active prosecution of the matter.

6. This stipulated settlement applies solely to Noreen Farrelly and will not abrogate the rights of the United States, nor the State of Rhode Island to pursue Kenneth Farrelly for the remainder owed on any unpaid tax liabilities, including penalties and interest.

For the United States:

2/7/08
DATE

/s/ Andrea A. Kafka
ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Phone: 202.305.7932
Fax: 202.514.5238
Email: Andrea.Kafka@usdoj.gov

For the State of Rhode Island:

2/7/08
DATE

/s/ Bernard J. Lemos
BERNARD J. LEMOS
Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908
Phone: 401.574.8987

For Noreen Farrelly:

2/7/08
DATE

/s/ Donald J. Lally, Jr.
DONALD J. LALLY, JR.
887 Boston Neck Road
Suite 1
Narragansett, RI 02882
Phone: 401.792.9090 (ext. 4)

SO ORDERED:

______________
DATE

______________________________
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Americo M. Scungio, Esq.
Scungio & Priolo
167 Main Street
Westerly, RI 02891

Gerald F. McAvoy, Esq.
Bernard J. Lemos, Esq.
Dept. of Administration
One Capital Hill
Providence, RI 02908

Jeffrey W. Shub, Esq.
Law Offices of Jeffrey W. Shub
27 Congress Street, Suite #405
Salem, MA 01970

Peter J. Brockmann, Esq.
Brockmann & Associates, Ltd.
77 Narragansett Avenue
Jamestown, RI 02835

Donald J. Lally, Jr., Esq.
Van Couyghen & Lally
19 Oak Street
Wakefield, RI 02879

Parties may access this filing through the Court's system.

/s/ Andrea A. Kafka
ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7932
Facsimile: (202) 514-5238
Email: Andrea.Kafka@usdoj.gov