IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-106-ML-LDA |
| | ) | |
| KENNETH D. FARRELLY, NOREEN FARRELLY, EASTERN BANK, WASHINGTON TRUST COMPANY, RHODE ISLAND DEPARTMENT OF ADMINISTRATION DIVISION OF TAXATION, WELLS FARGO FINANCIAL, and HARTFORD FIRE INSURANCE COMPANY, | ) | Honorable Judge Mary M. Lisi<br>Mag. Judge Almond |
| | ) | |
| Defendants. | ) | |

DEFAULT JUDGMENT

The United States having shown that it has met the requirements of Rul 55(b) of the Federal Rules of Civil Procedure, judgment is hereby entered against the defendant, Kenneth D. Farrelly, for unpaid trust fund recovery penalties, unpaid income taxes, interest and statutory accruals for the tax years and amounts identified below:

| Tax Period Ending | Type of Tax Owed | Amount Due as of December 5, 2007 | |
|---|---|---|---|
| September 30, 2000 | Income Tax | $ | 177,116.36 |
| March 31, 2002 | Trust Fund Recovery Penalty | $ | 77,973.44 |
| December 31, 2003 | Trust Fund Recovery Penalty | $ | 15,885.18 |
| | **TOTAL** | $ | 270,974.98 |

plus interest as provided by 28 U.S.C. § 1961(c)(1) from December 5, 2007, until the judgment is paid.

**IT IS SO ORDERED.**

Dated: March 24, 2008

Mary M. Lisi
HONORABLE MARY M. LISI
United States Chief District Judge